| STATE OF INDIANA | ) | ELKHART COUNTY |
|---|---|---|
| COUNTY OF ELKHART | ) SS: | CAUSE NO. **20C011202CT041** |

Mark Pendleton

    Plaintiff,

v.

Portfolio Recovery Associates, LLC

    Defendants.

**FILED**

FEB 2 7 2012

CLERK ELKHART
CIRCUIT COURT

## COMPLAINT

### I. INTRODUCTION

This action is filed by Mark Pendleton (hereinafter "Mr. Pendleton"), Plaintiff, to remedy Portfolio Recovery Associates, LLC (hereinafter "PRA"), Defendant's, violation of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692-1692p.

### II. JURISDICTION AND VENUE

1. Defendant PRA conducts business in the State of Indiana.

2. Federal and State Courts of Indiana have concurrent jurisdiction over Plaintiff's actions brought under the Fair Debt Collection Practices Act.

3. The events which give rise to Plaintiffs' claims occurred in Elkhart County, Indiana. Therefore, venue is proper in the State Court Elkhart County of Indiana.

### III. PARTIES

4. Plaintiff Mr. Pendleton is an individual who resides at 835 Berwyn St., Indianapolis, IN 46203.

5. Defendant PRS is bill collector of a Note and Mortgage held by Defendant JP Morgan Chase Bank (hereinafter "Chase") and signed by Ms. Pearson's deceased husband.

## IV. FACTUAL ALLEGATIONS

6. PRA claims that it is attempting to collect a credit card debt, accrued in the 1990s, from Mr. Pendleton.

7. PRA has persisted in calling Mr. Pendleton three to four times per day in its attempts to collect this time-barred debt.

8. PRA has aggressively attempted to procure bank account information from Mr. Pendleton in order to set up a deduction payment plan.

9. PRA has contacted a third party, Mr. Pendleton's father, after establishing contact with Mr. Pendleton.

10. PRA identified itself as a debt collector to Mr. Pendleton's father.

11. Mr. Pendleton, through counsel, sent a cease-and-desist letter to PRA in mid January. (Exhibit A).

12. PRA received this cease-and-desist letter on January 23, 2012.

13. Even after receiving this cease-and-desist letter, PRA persisted in contacting Mr. Pendleton.

## V. LEGAL ALLEGATIONS

14. PRA violated the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692b (2) by contacting a third party, Mr. Pendleton's father, and identifying itself as a debt collector.

15. PRA violated FDCPA 15 U.S.C. §1692c (b) by contacting a third party, Mr. Pendleton's father, after PRA had already established contact with Mr. Pendleton.

16. PRA violated FDCPA 15 U.S.C. §1692c (c) by contacting Mr. Pendleton after PRA had received a cease-and-desist letter from Mr. Pendleton.

17. PRA violated FDCPA 15 U.S.C. §1692d by calling Mr. Pendleton three to four times each day, the natural consequence of which was to harass and abuse Mr. Pendleton in connection with the collection of a debt.

18. PRA violated FDCPA 15 U.S.C. §1692d by aggressively attempting to procure Mr. Pendleton's bank account information, the natural consequence of which was to oppress and abuse Mr. Pendleton in connection with the collection of a debt.

19. PRA violated the FDCPA, 15 U.S.C. § 1692f, by using unfair and unconscionable means to collect a debt.

WHEREFORE, Plaintiff requests that the Court declare that Defendant violated FDCPA, enjoin the Defendants from committing any future violations of the FDCPA, and award Plaintiff all damages pursuant to FDCPA and other relief just and proper.

__2/23/12
**DATE**

Syed Ali Saeed (#28759-40)
1512 N. Delaware Street
Indianapolis, IN 46202
Phone: 317-614-5741
Fax: 888-422-3151
ali@sllawfirm.com

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been sent certified mail to the following addresses on this 23rd day of February, 2012:

Portfolio Recovery Associates, L.L.C.
120 Corporate Blvd
Norfolk, VA 23502

Registered Agent Portfolio Recovery Associates
National Registered Agents Inc.
320 N. Meridian St. STE. 100
Indianapolis, IN 46204

*[signature]*

Syed Ali Saeed ## 28759-49
1512 N. Delaware Street
Indianapolis, IN 46202
317/614-5741